# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4951
_____

ABRAHAM DAVIS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

December 14, 2018

PER CURIAM.

In this appeal pursuant to *Anders v. California,* 386 U.S. 738 (1967), we affirm the revocation of Appellant's probation and the resulting judgment and sentence. However, we remand for the trial court to correct two scrivener's errors in the order of revocation. The order of revocation states Appellant committed two violations of condition 5. It should state that he violated conditions 9 and 32. The order of revocation also erroneously states that he "admitted to the violation allegations contained in the affidavit of violation." Instead, it should reflect that Appellant was tried and found guilty of violating probation.

AFFIRMED and REMANDED for entry of a corrected order.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender; Steven Seliger and Joel Arnold, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.